IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:16-CR-15-CAR |
| v. | : VIOLATION(S): |
| CLINT JACKSON BECK and | : 21 U.S.C. § 841(a)(1) |
| DANA MICHELLE THOMAS, | : 21 U.S.C. § 841(b)(1)(B)(viii) |
| | : 18 U.S.C. § 2 |
| __Defendants__ | : |

THE GRAND JURY CHARGES:

### COUNT ONE

Possession with Intent to Distribute Methamphetamine – 21 U.S.C. § 841(a)(1)

On or about March 21, 2016, in the Athens Division of the Middle District of Georgia,

**CLINT JACKSON BECK**, aided and abetted by **DANA MICHELLE THOMAS**, defendants herein, knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of a Schedule II controlled substance, to wit: methamphetamine, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

G. F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

PETER D. LEARY
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 15th day of June, AD 2016.

Deputy Clerk